**Opinion filed May 12, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00105-CV

_____

## PRECISION SOLAR CONTROLS, INC., Appellant

## V.

## THE STATE OF TEXAS, BY AND THROUGH
## THE TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

**On Appeal from the 26th District Court**

**Williamson County, Texas**

**Trial Court Cause No. 04-197-C26**

## M E M O R A N D U M   O P I N I O N

Precision Solar Controls, Inc. is the appellant in this appeal, and the State of Texas, by and through the Texas Department of Transportation, is a cross-appellant in this appeal. They have filed a joint motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, the parties state that "[t]he parties have reached a compromise and settlement of all disputes and controversies, and the conditions of the settlement agreement have been satisfied." They additionally request this court to render an order dismissing their appeals and assessing

costs against the parties incurring them.  Therefore, in accordance with the parties' request, we dismiss the appeal.

The joint motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

May 12, 2011

Panel[1] consists of:  Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011.  The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.